JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>Bingham McCutchen LLP,<br>       Petitioner,<br>    v.<br>Shanghai ELE Manufacturing Corp.,<br>       Respondent. | No. CV 09-04728 GAF (SSx)<br><br>**JUDGMENT** |

A/73285714.1/0525989-0000103400

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, petitioner Bingham McCutchen LLP ("Bingham") applied for entry of a default judgment against respondent Shanghai ELE Manufacturing Corporation ("Shanghai ELE").

Default having been entered against Shanghai ELE and having considered the application by Bingham, judgment is hereby entered as follows:

1. The Final Award of the arbitrator, Richard Chernick, Esq., issued on June 22, 2007 in *Bingham McCutchen LLP v. Shanghai ELE Manufacturing Corporation*, JAMS No. 1220039537, as well as all other arbitration decisions incorporated in the Final Award, are hereby confirmed.

2. Shanghai ELE is ordered to pay to Bingham $3,118,986.67 plus interest at a per diem rate of $854.52 from June 22, 2009 to the date of entry of judgment *April 16, 2010*, in the amount of $254,646.96 for a total judgment amount of $3,373,633.63. This total judgment amount shall accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

DATED: 4/16/10

_____
Hon. Gary Allen Feess
Judge of the United States District Court,
Central District of California

Respectfully submitted by:

Bingham McCutchen LLP
BRUCE A. FRIEDMAN (SBN 65852)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060, U.S.A.
Telephone: 310.907.1000
Facsimile: 310.907.2000
Email: bruce.friedman@bingham.com

Attorneys for Petitioner
Bingham McCutchen LLP

A/73285714.1/0525989-0000103400

1

JUDGMENT